836

No. 09–1473. DEEDS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 09–1474. DICKEY *v.* INSPECTIONAL SERVICE DEPARTMENT OF THE CITY OF BOSTON. C. A. 1st Cir. Certiorari denied.

No. 09–1475. BORING ET UX. *v.* GOOGLE, INC. C. A. 3d Cir. Certiorari denied. 

No. 09–1477. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION ET AL. *v.* BNSF RAILWAY CO. ET AL. C. A. 10th Cir. Certiorari denied. 

No. 09–1479. SIMONEAUX *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied. 

No. 09–1480. SUTTON *v.* COUNTRYWIDE HOME LOANS, INC. C. A. 11th Cir. Certiorari denied. 

No. 09–1482. PAYNE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. 

No. 09–1483. DOMINGUEZ CASTRO ET AL. *v.* COMMONWEALTH OF PUERTO RICO ET AL. Sup. Ct. P. R. Certiorari denied.

No. 09–1484. JORDAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 09–1485. AMERICAN ROAD & TRANSPORTATION BUILDERS ASSN. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 09–1487. O'CONOR *v.* FROST NATIONAL BANK. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 09–1489. FOOD MOVERS INTERNATIONAL, INC. *v.* DIAMOND CRYSTAL BRANDS, INC., ET AL. C. A. 11th Cir. Certiorari denied. 

No. 09–1491. GAUTIER *v.* JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied. 

No. 09–1493. LIGHTNER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.